```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                   :

KIMBERLY MILLER, *on behalf of herself and all other persons similarly situated*,

                          Plaintiff,

                    -v -

GEM PAWNBROKERS OF NY INC. *and* GEM PAWNBROKERS LONG ISLAND CORP.,

                        Defendants.
----------------------------------------------------------------- X

1:22-cv-6881-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 24, 2022, Plaintiff and Defendant GEM Pawnbrokers of NY Inc. filed a "Stipulation to Amend the Complaint Pursuant to Rule 15(a)(2)." Dkt. No. 18. The Court declines to act on that submission because the parties failed to comply with the Court's Individual Rules of Practice in Civil Cases, in particular Rule 1(F). That rule states that "immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court" providing certain information and that "[p]arties should not expect that the Court will act on a proposed stipulation or order unless it is accompanied by such a letter."

Plaintiff is directed to serve a copy of this order on Defendant Gem Pawnbrokers Long Island Corp. and retain proof of service.

        SO ORDERED.

Dated: October 25, 2022
       New York, New York

                                                          _____
                                                           GREGORY H. WOODS
                                                          United States District Judge