```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
KIMBERLY MILLER, *on behalf of herself and all other* :
*persons similarly situated*, :
: 1:22-cv-6881-GHW
Plaintiff, :
: ORDER
-v - :
:
GEM PAWNBROKERS OF NY INC. *and* GEM :
PAWNBROKERS LONG ISLAND CORP., :
:
Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 9, 2023, Plaintiff filed a first amended complaint, along with a letter attaching a blackline comparing the first amended complaint to the original complaint. Dkt. Nos. 27, 29. Plaintiff's letter does not state whether the parties have agreed to the amendment or whether Plaintiff is requesting the Court's leave to file the amended complaint. *See* Fed. R. Civ. P. 15(a)(2) (stating that where a party is not amending its pleading as a matter of course, the "party may amend its pleading only with the opposing party's written consent or the court's leave"). Plaintiff is directed to file a letter no later than January 11, 2023 stating whether Plaintiff seeks the Court's leave to file the amended complaint or whether the parties have agreed to the amendment.

SO ORDERED.

Dated: January 10, 2023
   New York, New York

_____
GREGORY H. WOODS
United States District Judge